1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH SALVESON, State Bar #83788
   Chief Labor Attorney
3  MARGARET W. BAUMGARTNER, State Bar #151762
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 5th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3859
6  Facsimile:    (415) 554-4248
   E-Mail:       margaret.baumgartner@sfgov.org
7
   Attorneys For Defendant
8  CITY AND COUNTY OF SAN FRANCISCO

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11

12  MICHAEL MOYNIHAN, et al.,              Case No. C 06 - 7071 SI

13         Plaintiffs,                     **STIPULATION AND ORDER RE
                                           SETTLEMENT CONFERENCE DATE**
14     vs.
                                           Hearing Date:   July 9, 2007
15  CITY AND COUNTY OF SAN                 Time:           9:30 a.m.
    FRANCISCO, CALIFORNIA, A               Place:          Ctrm. C, 15th Fl.
16  Municipal Corporation,
                                           Trial Date:     None set
17         Defendants.

18

19

20

21         On March 20, 2007, Magistrate Judge Edward Chen noticed a settlement conference in this

22  matter for June 5, 2007. On April 4, 2007, Judge Chen rescheduled the settlement conference to

23  June 11, 2007. Counsel for plaintiffs is unavailable on June 11, 2007. After conferring with all

24  counsel and with Judge Chen's clerk, the parties hereby stipulate that the settlement conference in

25  this matter, and the related matters of *Weaver v. City and County of San Francisco*, U.S.D.C. Case

26  No. C02-1589 SI, and *Green v. City and County of San Francisco*, U.S.D.C. Case No. C06-6953 SI,

                                            1
28  Stip. & Order re Sett. Conf Date, USDC Case No. 06-7071.                c:\documents and
                                                                            settings\cswartz\local
                                                                            settings\temporary internet
                                                                            files\olk42\moynstip.doc

1  will be rescheduled to July 9, 2007, at 9:30 a.m. in Courtroom C, 15th Floor, of the above-entitled
2  court. Separate stipulations rescheduling the settlement conference will be filed in *Weaver* and
3  *Green*. The date by which settlement conference statements are due is June 25, 2007. All other
4  provisions of Judge Chen's order re settlement conference, including methods of lodging the
5  settlement conference statements, remain in effect.
6      SO STIPULATED.

7  Dated: April __, 2007
          DENNIS J. HERRERA
8            City Attorney
          MARGARET W. BAUMGARTNER
9            Deputy City Attorney

          By: _____/s/_____
11           MARGARET W. BAUMGARTNER
          Attorneys for Defendant CITY AND
12           COUNTY OF SAN FRANCISCO

13           LACKIE & DAMEIER LLP

14 Dated: April __, 2007
15           By: _____
          Michael McGill
          Attorneys for Plaintiffs
16           MICHAEL MOYNIHAN, *et al.*

19  SO ORDERED.

22  Dated: April 13, 2007
          IT IS SO ORDERED
          Judge Edward M. Chen
23           MAGISTRATE JUDGE EDWARD CHEN

## PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 367 North Second Ave., Upland, California 91786.

On **April 12, 2007**, I served the following documents **STIPULATION AND ORDER RE SETTLEMENT CONFERENCE DATE** the interested parties in this action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope addressed as follows:

**Attorneys for *City & Country of San Francisco*:**
Dennis J. Herrera, City Attorney
Margaret Baumgartner, Deputy City Attorney
Office of the City Attorney
City and County of San Francisco
1390 Market Street, Fifth Floor
San Francisco, CA 94102-5408
Tel: (415) 554-3815
Fax: (415) 554-4248

(X)  I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at Upland, California.

( )  By Personal Service, I caused such envelope to be delivered by hand to the above addressee(s).

( )  By facsimile machine, I caused the above-referenced document(s) to be transmitted to the above-named persons(s) at the following telecopy number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed April 12, 2007 at Upland, California.

*/s/ Christine Swartz*
Christine Swartz

PROOF OF SERVICE -1