**United States District Court**
For the Northern District of California

1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                    NORTHERN DISTRICT OF CALIFORNIA
7
8    ROBERT WEAVER,                          No. C-03-1589 SI (EMC)
9              Plaintiff,
                                             **NOTICE AND ORDER SETTING**
10       v.                                  **FURTHER SETTLEMENT**
                                             **CONFERENCE**
11   CITY AND COUNTY OF SAN
     FRANCISCO,
12
               Defendant.                    RELATED TO
13   _____/
14   MICHAEL MOYNIHAN, *et al.*,             No. C-06-7071 SI (EMC)
15             Plaintiffs,
16       v.
17   CITY AND COUNTY OF SAN
     FRANCISCO,
18
               Defendant.
19   _____/
20   PETER A. GREEN, *et al.*,               No. C-06-6953 SI (EMC)
21             Plaintiffs,
22       v.
23   CITY AND COUNTY OF SAN
     FRANCISCO,
24
               Defendant.
25   _____/
26
27
28

**United States District Court**
For the Northern District of California

1   TO ALL PARTIES AND COUNSEL OF RECORD:

2   You are hereby notified that a Further Settlement Conference is scheduled for **November 16,**

3   **2007, at 9:30 a.m.**, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California

4   94102.

5   Lead counsel who will try the case shall appear at the Settlement Conference with the parties

6   and with the person or persons having full authority to negotiate and to settle the case.

7   ♦   **Further Settlement Conference statements shall be lodged by hard copy only**

8   **with Judge Chen's chambers by November 9, 2007.**

9   All other provisions of this Court's original Notice of Settlement Conference and Settlement

10   Conference Order shall remain in effect.

11   The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at (415)

12   522-4050 if this case settles prior to the date set for Further Settlement Conference.

13

14   IT IS SO ORDERED.

15

16   Dated:  September 19, 2007

17   _____
     EDWARD M. CHEN
18   United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

2